IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Ulanday,<br><br>    Petitioner,<br><br>vs.<br><br>Katrina Kane,<br><br>    Respondent. | No. CV 07-2101-PHX-NVW (LOA)<br><br>**ORDER** |

    Before the court is Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241(doc. #1). On April 16, 2008, United States Magistrate Judge Lawrence O. Anderson issued a Report and Recommendation ("R & R") (doc. # 16) in accordance with 28 U.S.C. § 636(b)(1)(B). The R & R recommended that the petition be granted unless within 30 days of the order of the district court Respondent provides Petitioner with a hearing before an Immigration Judge with the authority to grant Petitioner bail. Petitioner filed a statement of no objection, acquiescing in the recommendation of the Magistrate Judge (doc. # 17).

    In the present absence of adversity of positions, the court deems it inappropriate to accept the Report and Recommendation as to its statements of law in every respect. Therefore, the R&R will be accepted only as to the proposed relief, concerning which the parties now agree. *See* 28 U.S.C. § 636(b)(1).

    IT IS THEREFORE ORDERED that the Report and Recommendation of Magistrate Judge Anderson (doc. #16) is accepted only as to the proposed relief stated at page 19, lines 8 through 13.

1 IT IS FURTHER ORDERED that the Clerk of the Court enter judgment that
2 Petitioner's Petition for Writ of Habeas Corpus (doc. # 1) is granted unless Respondent
3 provides Petitioner with a hearing before an Immigration Judge with the authority to grant
4 Petitioner bail within 30 days of entry of judgment. Respondent shall file a status report
5 every thirty days until Petitioner is granted a bond hearing.

6 The Clerk shall terminate this action.

7 DATED this 2nd day of May, 2008.

/s/ Neil V. Wake
Neil V. Wake
United States District Judge